## L. D. Jackson, Appellant, v. Arthur Stevens, Appellee.
## (Not to be reported in full.)

Appeal from the Circuit Court of Ford county; the Hon. GEORGE W. PATTON, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded with directions. Opinion filed April 21, 1916. Rehearing denied June 30, 1916.

### Statement of the Case.

Action of libel by L. D. Jackson, plaintiff, against Arthur Stevens, defendant. From a judgment sustaining a demurrer to the declaration, plaintiff appeals.

SCHNEIDER & SCHNEIDER, for appellant.

CLOUD & THOMPSON, for appellee.

MR. PRESIDING JUSTICE ELDREDGE delivered the opinion of the court.

### Abstract of the Decision.

1. LIBEL AND SLANDER, § 56*—*when publication of libelous matter not privileged.* While anything bearing upon the acts of a public officer connected with his office is a legitimate subject of statement and comment, yet the mere fact that a person may be a candidate for office does not create a license or justification of libelous matter to the injury of his character and reputation.

2. PLEADING, § 200*—*what admitted by demurrer to declaration.* Material allegations of a declaration are admitted by demurrer.

3. LIBEL AND SLANDER, § 102*—*what is effect of demurrer to declaration.* Averments in a declaration for libel that defendant caused to be published falsely and maliciously in certain newspapers statements that plaintiff, who was a county clerk, had squandered the money of the county, and had made a gift of such money to another newspaper, being material averments, are admitted as true by a demurrer.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.